## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

GARY D. FLEEMAN                                                      PLAINTIFF

v.                                     No. 4:26-cv-357-DPM

JOHNSON BROS CORPORATION, a
Southland Company;  JOHN DOES,
Individuals 1–2;  and JOHN DOE
ENTITIES 1–2                                                        DEFENDANTS

### ORDER

This case is a refiling of another case recently closed in the Eastern District of Arkansas, *Fleeman v. Johnson Bros Corporation*, No. 4:24-cv-386-JM.    In the interest of judicial economy and consistent rulings, the Court directs the Clerk to transfer this case to United States District Judge James M. Moody, Jr. by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 April 2026